UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIMON PHILLIPS, III,

       Plaintiff,                              Civil Action No. 12-cv-10135
                                                  HON. BERNARD A. FRIEDMAN

vs.

UNION UAW AFL-CIO,

       Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

Before the Court is plaintiff's pro se motion for reconsideration of this Court's order dated June 19, 2012 [docket entries 13 and 14]. The order denied plaintiff's prior motion for an evidentiary hearing [docket entry 12]. Local Rule 7.1(h)(3) governs the standard for determining motions for reconsideration. It provides:

> **Grounds.** Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

Plaintiff's motion for reconsideration must be denied because it fails to demonstrate a palpable defect by which the Court has been misled. Accordingly,

IT IS ORDERED that plaintiff's motion for reconsideration is denied.

Dated: July 7, 2012                            s/Bernard A. Friedman
                                               BERNARD A. FRIEDMAN
                                               SENIOR UNITED STATES DISTRICT JUDGE

-2-